FILED

2017 SEP 13 PM 12: 56

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | 1:17 CR 356 |
| | ) | Case No.: _____ |
| JOSEPH B. HAGGERTY, | ) | Title 18, Section 2251(a), |
| | ) | United States Code |
| Defendant. | ) | |

COUNT 1   JUDGE OLIVER

The Grand Jury charges:

From on or about May 14, 2017, through on or about July 15, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, JOSEPH B. HAGGERTY, did use, persuade, entice and coerce a minor to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting

interstate and foreign commerce; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a).

A TRUE BILL.

Original Document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.