## Jeff Hastings

| | |
|---|---|
| **From:** | David_Abraham@~~~~~~~ |
| **Sent:** | Tuesday, February 27, 2018 8:42 AM |
| **To:** | michael.a.sullivan~~~~~~; Jeff Hastings |
| **Cc:** | Linda_Martinez@~~~~~~ |
| **Subject:** | 17-cr-00356-SO United States of America v. Haggerty |
| **Attachments:** | pic09894.gif |

Good morning Mike and Jeff,

Linda has been working hard on this case, but as you are most likely aware our office is currently overwhelmed due to the number of referrals we have received and the number of retirements we had at the end of last year. I contacted the Court to request that the Sentencing be continued in this case to allow us more time to prepare an accurate report and to allow sufficient time for objections. However, I was informed that we needed to go through the parties to request a continuance. Would one of you be able to make a request on the docket that the Sentencing be continued to allow us additional time for the above-listed purposes? Any assistance you can provide would be greatly appreciated.

Thanks so much,


(Embedded image moved to file: pic09894.gif) David T. Abraham Supervising U.S. Pretrial Services & Probation Officer United States District Court, Northern District of Ohio
801 W. Superior Avenue, Suite 3-100
Cleveland, Ohio 44113
Office: 216.357.7374
Fax: 216.357.7350



THE OHIO LEGAL BLANK CO., INC.
EXHIBIT A
CLEVELAND, OHIO 44102-1799

1